**CSD 3000A** [11/15/04]

Name, Address, Telephone No. & I.D. No.

STEPHEN C. GREBING, ESQ./BAR NO. 178046
JENNIFER E. DUTY, ESQ./BAR NO. 245308
WINGERT GREBING BRUBAKER & GOODWIN LLP
One America Plaza, Seventh Floor
600 West Broadway
San Diego, CA 92101-3370
(619) 232-8151, (619) 232-4665 FAX

Order Entered on
July 23, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

RANDY F. BATES

Debtor.

BANKRUPTCY NO. 10-02050-MM7

THOMAS P. DOBRON & JODI ANNE MEGNA-DOBRON LIVING TRUST DATED APRIL 20, 1999, a California revocable trust; and TRI STAR MAINTENANCE, LLC, a California limited liability company,

Plaintiff(s),

ADVERSARY NO. 10-90747-MM

v.

RANDY F. BATES

Defendants(s)

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Margaret M. Mann

## ORDER ON

STIPULATION FOR ENTRY OF JUDGMENT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __8__

//

//

//

//

DATED: July 23, 2010

_/s/ Margaret M Mann_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

WINGERT GREBING BRUBAKER & GOODWIN, LLP
(Firm name)

By: /s/Jennifer E. Duty
Attorney for [X] Movant [ ] Respondent

CSD 3000A

`CSD 3000A` `[11/15/04]``(Page 2)`
ORDER ON STIPULATION FOR ENTRY OF JUDGMENT
DEBTOR: Randy F. Bates

CASE NO.: 10-02050-MM7
ADV. NO.: 10-90247-MM

IT IS HEREBY ORDERED that the Stipulation for Entry of Judgment is hereby approved. Therefore, Judgment shall be `entered in favor of Plaintiffs and against Debtor as follows:

THOMAS P. DOBRON & JODI ANNE MEGNA-DOBRON LIVING TRUST DATED APRIL 20, 1999 and TRI STAR MAINTENANCE, LLC (hereinafter "Plaintiffs"), and Debtor RANDY F BATES (hereinafter "Defendant"), having stipulated that judgment be entered in favor of Plaintiffs and against the Defendant pursuant to the terms set forth in the Stipulation for Entry of Judgment and Order Thereon (the "Stipulation"), previously filed with this Court,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Thomas P. Dobron & Jodi Anne Megna-Dobron Living Trust Dated April 20, 1999 and Tri Star Maintenance, LLC, are hereby awarded judgment against defendant Randy F. Bates the principal sum of $101,206.00.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Judgment Amount is hereby non-dischargeable and is excepted from the Debtor's discharge pursuant to 11 U.S.C. Sections 523(a)(2), 523(a)(6) and 523(a)(4).

IT IS SO ORDERED.

`CSD 3000A`

*Signed by Judge Margaret M. Mann July 23,2010*